**STATE of Missouri, Respondent,**

v.

**William D. CAHOW, Appellant.**

**No. WD 33685.**

Missouri Court of Appeals,
Western District.

June 5, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

James F. Crews, Tipton, for appellant.

John Ashcroft, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., TURNAGE, C.J., and SHANGLER, J.

## ORDER

PER CURIAM:

Appeal from a conviction for sodomy [§ 566.060, RSMo 1978] and a sentence of imprisonment for a term of five years.

Affirmed. Rule 30.25.

**STATE of Missouri, Respondent,**

v.

**Thomas F. VAN WINKLE, Appellant.**

**No. WD 34608.**

Missouri Court of Appeals,
Western District.

June 26, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from conviction for forgery, Section 570.090, RSMo 1978, and fifteen-year sentence.

Affirmed. Rule 30.25(b).